IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUN 15 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

| | |
|---|---|
| **KERRY VON RESSE COOK,** <br> Plaintiff, | Civil Action No. 7:05-CV-00493 |
| v. | **ORDER** |
| **COL. R. MATTHEWS, et al.,** <br> Defendants. | By: **Samuel G. Wilson** <br> **United States District Judge** |

In accordance with the accompanying Memorandum Opinion, it is hereby **ADJUDGED** and **ORDERED** that this plaintiff's motions for preliminary injunctive relief are **DENIED**. Further, plaintiff is hereby **ORDERED** to show cause why his cause of action should not be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(b) within ten (10) days of the entry of this Order.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This 14th day of June, 2006.

United States District Judge